UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   SANDRA D WHEAT                              §
                                                     §   Case No.: 07-13816
                                                     §
                                                     §
                                                     §
         Debtor(s)                                   §
---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/01/2007.

2) This case was confirmed on 10/29/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/10/2010.

5) The case was dismissed on 08/23/2010.

6) Number of months from filing to the last payment: 34

7) Number of months case was pending: 40

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   8,210.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 2,706.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 2,706.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,138.28 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 193.72 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 2,332.00 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAS FINANCIAL S | UNSECURED | 260.00 | 392.57 | 392.97 | .00 | .00 |
| AMERICAN HONDA FINAN | SECURED | NA | 23,812.64 | .00 | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | 365.00 | NA | NA | .00 | .00 |
| ASPIRE | UNSECURED | 731.03 | 599.39 | 599.39 | .00 | .00 |
| ASPIRE | UNSECURED | 858.00 | 858.73 | 858.73 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 831.39 | 911.39 | 911.39 | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 2,047.00 | NA | NA | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 898.00 | 798.52 | 798.52 | .00 | .00 |
| FIGIS INC | UNSECURED | 176.68 | 176.68 | 176.68 | .00 | .00 |
| FINGERHUT CORP | UNSECURED | 281.85 | 307.60 | 307.60 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 311.03 | 363.59 | 363.59 | .00 | .00 |
| FIRST NATIONAL CREDI | UNSECURED | 358.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | NA | NA | NA | .00 | .00 |
| GC SERVICES | UNSECURED | 365.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 344.00 | 472.22 | 472.22 | .00 | .00 |
| ROYAL LEGACY VISA | UNSECURED | 289.64 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 969.00 | 1,066.46 | 1,066.46 | .00 | .00 |
| ORCHARD BANK | UNSECURED | 344.23 | NA | NA | .00 | .00 |
| SALUTE/UTB | UNSECURED | 474.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 495.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL S | OTHER | NA | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| FINGERHUT CREDIT ADV | UNSECURED | NA | 512.94 | 512.94 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
| Scheduled Creditors:                                                         |
|                                                                              |
| Creditor                  Claim         Claim         Claim      Principal    Int.   |
|   Name           Class    Scheduled     Asserted      Allowed      Paid      Paid   |
|                                                                              |
|LORRAINE M GREENBERG  PRIORITY     NA          .00       374.00      374.00       .00 |
|ASPIRE                UNSECURED    NA       599.39          .00         .00       .00 |
|FINGERHUT CREDIT ADV  UNSECURED    NA       512.94          .00         .00       .00 |
|ASPIRE                UNSECURED    NA       858.73          .00         .00       .00 |
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 374.00 | 374.00 | .00 |
| **TOTAL PRIORITY:** | 374.00 | 374.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 6,460.49 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,332.00 |
| Disbursements to Creditors | $ | 374.00 |
| **TOTAL DISBURSEMENTS:** | $ | 2,706.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/18/2010               /s/ Tom  Vaughn
                                  Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**